UNITED STATES of America,
Plaintiff—Appellee,

v.

Rita I. JOHNSON, Defendant—
Appellant.

No. 07–35234.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 8, 2008.

Filed Sept. 2, 2008.

Curtis Clarence Pett, Gilbert S. Rothenberg, Esquire, Esquire, U.S. Department of Justice, Tax Division/Appellate Section, Martin M. Shoemaker, Esquire, Andrea R. Tebbets, Esquire, United States Department of Justice, Washington, DC, for Plaintiff–Appellee.

Montie S. Day, Esquire, Day Law Offices, Williams, CA, John A. Sterbick, Esquire, Tacoma, WA, for Defendant–Appellant.

Before: PREGERSON, HALL, and NOONAN, Circuit Judges.

### ORDER *

The court has received notification that appellant is deceased. Therefore, this case is dismissed as moot.

Appellee's motion to dismiss the appeal as moot is denied as moot.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.